UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
LUIGI MORONTA,                                              :
                                                            :
                                   Plaintiff,               :
                                                            :          25-CV-5892 (JMF)
                -v-                                         :
                                                            :          ORDER
MECCA TRANSPORT, INC., et al.,                             :
                                                            :
                                   Defendants.              :
                                                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's July 21, 2025 Order, ECF No. 6, Defendant was required to file proof of service on Plaintiff no later than 2 business days from the date of that Order. To date, Defendant has not so filed. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 1, 2025**. Failure to file proof of service by that deadline may result in the case being remanded to the Supreme Court of New York, Bronx County.

       SO ORDERED.

Dated: July 29, 2025
      New York, New York              _____
                                      JESSE M. FURMAN
                                United States District Judge